IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDRE R. THOMAS, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 06-314-JJF |
| THOMAS CARROLL, Warden, and CARL C. DANBERG, Attorney General of the State of Delaware, | ) ) ) ) ) ) |
| Respondents. | ) |

**AEDPA ELECTION FORM**

1. ✓    I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____    I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____    I wish to withdraw my § 2254 petition

                without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See <u>Swartz v. Meyers</u>, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

*/s/ Andre R. Thomas*
Petitioner

I/M Andre R. Thomas
SBI# 138598 UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



WILMINGTON DE 197
30 MAY 2006 PM 3 L

Peter T. Dalleo
Clerk of Court
U.S. District Court
844 N. King Street
Wilmington, Delaware
19801-3570