**D.I. #** _____

# CIVIL ACTION
# NUMBER: _____ 06CV 314 JJF

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| U.S. Postal Service™ | |
| --- | --- |
| **CERTIFIED MAIL™ RECEIPT** | |
| (Domestic Mail Only; No Insurance Coverage Provided) | |

For delivery information visit our website at www.usps.com®

| | |
| --- | --- |
| Postage | $ .87 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.12 |

Sent To: LOREN MEYERS
DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: DEPARTMENT OF JUSTICE
City, State, ZIP+4: 820 N. FRENCH STREET
WILMINGTON DE 19801

PS Form 3800, June 2002        See Reverse for Instructions.

7005 1820 0004 3169 6084