United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-314 JJF

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.



FILED
JUN 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   WARDEN TOM CARROLL
   DELAWARE CORRECTIONAL CENTER
   1181 PADDOCK RD.
   SMYRNA, DE 19977

   06-CV-314 (JJF)

2. Article Number
   (Transfer from service label)  7003 1680 0002 2585 9608

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Beatrice O'Ney   6/16/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540