## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ANDRE R. THOMAS,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-314-JJF |
| | : | |
| **THOMAS CARROLL**, Warden | : | |
| and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition.  In support thereof, respondents state the following:

1.      The petitioner, Andre Thomas, has applied for federal habeas relief, challenging his 2002 conviction by a Superior Court jury of three counts of  first degree reckless endangerment, possession of a firearm during the commission of a felony, possession of a deadly weapon by a person prohibited, and two counts of criminal mischief.  D.I. 1.  By the terms of the Court's order, the answer is due to be filed on September 1, 2006.  D.I. 11.

2.      Counsel has been, and continues to be, diligently working on numerous cases before this Court and the state courts.   However, the workload for the Appeals Division attorneys is currently very heavy due in part to the months of vacancies in the department and the newness of two of the attorneys.  One vacancy remains to be filled.  Counsel is doing her best to prioritize cases by date received.  Unfortunately, counsel was also required to be out of the office for a day this week to attend a funeral.  Although substantial portions of the answer have been completed, counsel does not

anticipate being able to complete the answer and have it reviewed in the ordinary course of business. In light of the situation, additional time is needed.

        3.      Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985). The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

        4.      This is respondents' second request for an extension of time in this case.

        5.      Respondents submit that an extension of time to and including September 8, 2006, in which to file an answer is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759

DATE: August 31, 2006

**RULE 7.1.1 CERTIFICATION**

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is

incarcerated and appearing *pro se*, to the subject matter of this motion.


/s/ Elizabeth R. McFarlan
Deputy Attorney General

Counsel for Respondents



Date:  August 31, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2006, I electronically filed a motion for extension of time

and attachments with the Clerk of Court using CM/ECF.  I also hereby certify that on August 31,

2006, I have mailed by United States Postal Service, the same documents to the following non-

registered participant:

Andre R. Thomas.
SBI No. 138598
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **ANDRE R. THOMAS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-314-JJF |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**ORDER**

This _____ day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before September 8, 2006.

                                        _____
                                        United States District Judge