IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ANDRE R. THOMAS,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| | : | Civ. Act. No. 06-314-JJF |
| | : | |
| **THOMAS CARROLL**, Warden | : | |
| and **CARL C. DANBERG**, Attorney | : | |
| General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

    1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

        a. Appellants' Opening Brief & Appendix  (No. 83, 2005)

        b. State's Motion to Affirm (No. 83, 2005)

        c. Order (May 4, 2005) (No. 83, 2005).

    2. Notice is also hereby given that a certified copy of the Delaware Superior Court Criminal Docket in ID No. 9811014143 has been manually filed with the Court and is available in paper form only.

                                                /s/ Elizabeth R. McFarlan
                                                Deputy Attorney General
                                                Department of Justice
                                                820 N. French Street
                                                Wilmington, DE 19801
                                                (302) 577-8500
                                                Del. Bar. ID No. 3759
                                                elizabeth.mcfarlan@state.de.us

September 20, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on September 20, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

>Andre R. Thomas
>SBI No. 138598
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977

>/s/ Elizabeth R. McFarlan
>Deputy Attorney General
>Department of Justice
>820 N. French Street
>Wilmington, DE 19801
>(302) 577-8500
>Del. Bar. ID No. 3759
>elizabeth.mcfarlan@state.de.us