To: Clerk of Court
From: Andre R. Thomas, Pro. Se
Re: Docket sheet + Status Report - C.A.No. 06-314
Date: 2/25/07

Dear: Mr. Dalleo, Please forward to me the above requested information, Along with any and all major changes in this case No. 06-314

cc: file

Thank you,
Andre R Thomas



FILED
FEB 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

FROM Andre R. Thomas
SBI# 138548 UNIT DCC MH
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
26 FEB 2007 PM 3 T

Peter T. Dalleo
Clerk of Court
LockBox 18
844 King Street
Wilm, Del 19801

19801+3513