OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 27, 2007

TO:  Andre R. Thomas
     SBI #138598
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

*RE:  Status Letter; 06-314(JJF)*

Dear Mr. Thomas:

   This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Joseph J. Farnan, Jr., and is pending before the Court. You will be advised by the Court as to further developments in your case.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/ead
                                        PETER T. DALLEO
                                        CLERK

cc:  The Honorable Joseph J. Farnan, Jr.
enc: Docket Sheet

HABEAS, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00314-JJF
### Internal Use Only

Thomas v. Carroll et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Related Cases: 1:03-cv-00202-JJF
    1:04-cv-00159-JJF
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 05/11/2006
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Andre R. Thomas**    represented by    **Andre R. Thomas**
SBI #138598
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
PRO SE

V.

**Respondent**

**Thomas L. Carroll**    represented by    **Elizabeth Roberts McFarlan**
Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8400
Email: elizabeth.mcfarlan@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General of the State of Delaware**    represented by    **Elizabeth Roberts McFarlan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/11/2006 | 1 | PETITION for Writ of Habeas Corpus - filed by Andre R. Thomas.(bad, ) (Entered: 05/12/2006) |
| 05/11/2006 | 2 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (bad, ) (Entered: 05/12/2006) |
|  |  |  |

| 05/16/2006 | | Remark: Filing Fee Received. Receipt# 143479. (bad, ) (Entered: 05/17/2006) |
|---|---|---|
| 05/17/2006 | | Case assigned to Judge Joseph J. Farnan, Jr.. Please include the initials of the Judge (JJF) after the case number on all documents filed. (bkb, ) (Entered: 05/17/2006) |
| 05/19/2006 | 3 | ORDER notifying petitioner that AEDPA applies to petition and petitioner must file attached election form with the court. (Copy to pet. with Mag. Consent Form & AEDPA Form). Notice of Compliance deadline set for 6/27/2006. Signed by Judge Joseph J. Farnan, Jr. on 05/19/06. (Attachments: # 1 AEDPA form)(afb, ) (Entered: 05/22/2006) |
| 05/31/2006 | 4 | AEDPA Election Form filed by petitioner and requesting to rule on 2254 as currently pending. (afb, ) (Entered: 06/01/2006) |
| 06/05/2006 | 5 | ORDER, Clerk shall serve by certified mail a copy of the petition, the order dated 05/19/06,the AEDPA election form and this order upon the Warden and the Attorney General. Within 45 days of receipt, respondents shall respond as directed. (Copy to petitioner, Warden & AG). Signed by Judge Joseph J. Farnan, Jr. on 06/05/06. (afb, ) (Entered: 06/05/2006) |
| 06/06/2006 | 6 | Postal Receipt(s) for the mailing of process to Attorney General of the State of Delaware (afb, ) (Entered: 06/06/2006) |
| 06/08/2006 | | CORRECTING ENTRY: Clerk removed the postal receipt for the mailing of process to T. L. Carroll due to docketed in error in case. (afb, ) (Entered: 06/08/2006) |
| 06/09/2006 | 7 | Return of Service Executed ( 2254 petition ) Attorney General of the State of Delaware served on 6/7/2006, answer due 7/24/2006. (afb, ) (Entered: 06/14/2006) |
| 06/15/2006 | | Remark :Clerk resent by certified mail a copy of D.I. 3, 4, 5 to Warden Thomas Carroll due to the first mailing came back to the clerk's office due to incorrect address used. (afb, ) (Entered: 06/15/2006) |
| 06/15/2006 | 8 | Postal Receipt(s) for the mailing of process to Thomas L. Carroll. (afb, ) (Entered: 06/19/2006) |
| 06/19/2006 | 9 | Return of Service Executed ( 2254 petition ) Thomas L. Carroll served on 6/16/2006, answer due 7/31/2006. (afb, ) (Entered: 06/21/2006) |
| 07/19/2006 | 10 | First MOTION for Extension of Time to File Answer re 1 Petition for Writ of Habeas Corpus - filed by Thomas L. Carroll, Attorney General of the State of Delaware. (Attachments: # 1 Text of Proposed Order) (McFarlan, Elizabeth) (Entered: 07/19/2006) |
| 07/19/2006 | 11 | ORDER granting 10 Motion for Extension of Time to Answer re 10 First MOTION for Extension of Time to File Answer re 1 Petition for Writ of Habeas Corpus Thomas L. Carroll answer due 9/1/2006; Attorney General of the State of Delaware answer due 9/1/2006. . Signed by Judge Joseph J. Farnan, Jr. on 7/19/06. (bkb, ) (Entered: 07/20/2006) |

| | | |
|---|---|---|
| 08/31/2006 | 12 | Second MOTION for Extension of Time to File Answer re 1 Petition for Writ of Habeas Corpus - filed by Thomas L. Carroll, Attorney General of the State of Delaware. (Attachments: # 1 Text of Proposed Order)(McFarlan, Elizabeth) (Entered: 08/31/2006) |
| 09/06/2006 | 13 | RESPONSE to Petition for Writ of Habeas Corpus by Thomas L. Carroll, Attorney General of the State of Delaware. (Attachments: # 1 Exhibit Unreported cases# 2 Exhibit Unreported cases)(McFarlan, Elizabeth) (Entered: 09/06/2006) |
| 09/06/2006 | 14 | First MOTION for Extension of Time to File *Certified State Court Records* - filed by Thomas L. Carroll, Attorney General of the State of Delaware. (Attachments: # 1 Text of Proposed Order)(McFarlan, Elizabeth) (Entered: 09/06/2006) |
| 09/06/2006 |  | ORDER granting 12 Motion for Extension of Time to Answer Thomas L. Carroll answer due 9/8/2006; Attorney General of the State of Delaware answer due 9/8/2006. . Signed by Judge Joseph J. Farnan, Jr. on 9/6/06. (dab, ) (Entered: 09/06/2006) |
| 09/12/2006 | 15 | ORDER re 14 First MOTION for Extension of Time to File Certified State Court Records filed by Thomas L. Carroll,Attorney General of the State of Delaware - respondents to file certified portions of state court records by 9/22/2006 . Signed by Judge Joseph J. Farnan, Jr. on 9/12/2006. (maw, ) (Entered: 09/13/2006) |
| 09/14/2006 | 16 | MEMORANDUM in Support re 1 Petition for Writ of Habeas Corpus filed by Andre R. Thomas. (Attachments: # 1 Exhibit A-D SEALED) (dab, ) Modified on 9/15/2006 (dab, ). (Entered: 09/15/2006) |
| 09/20/2006 | 17 | NOTICE of filing the following document(s) in paper format: State Court Records. Original document(s) on file in Clerk's Office. Notice filed by Elizabeth Roberts McFarlan on behalf of Thomas L. Carroll, Attorney General of the State of Delaware (McFarlan, Elizabeth) (Entered: 09/20/2006) |
| 09/20/2006 | 18 | STATE COURT RECORD (Record on file in Clerk's Office) (dab, ) (Entered: 09/20/2006) |