## In The United States Court of Appeals For The Third Circuit

Andre R. Thomas,
  Petitioner,

v.

Thomas Carroll, Warden, and Joseph R. Biden, III, Attorney General of the State of Delaware,
  Respondents.

Case No. 06-314

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE 2007 AUG 10 PM 2:27 BD scanned

## Notice of Appeal

Please Take Notice that Andre R. Thomas, Below Appellant, does hereby Appeal to the U.S. Court of Appeals For The Third Circuit, From an order of the U.S. District Court For the District of Delaware, by the Honorable Joseph J. Farnan, Jr., dated August 1, 2007, In Case Number C.A. No. 06-314-JJF In that Court. A Copy of the decision sought to be reviewed is Attached hereto.

Respectfully Submitted,

*Andre R. Thomas*

Andre R. Thomas Pro Se
SBI# 138598
D.C.C. 1181 Paddock Rd
Smyrna, Del. 19977

Date: 8/10/2007

## Certificate of Service

I, Andre R. Thomas, hereby certify that I have served a true and correct copies of the attached; Notice of Appeal, upon the following:

To: Clerk of The Court
U.S. Court of Appeals, 3rd Cir.
601 Market Street
Philadelphia, Pa.
19106

To: Clerk of The Court
U.S. District Court of Delaware
844 N. King Street, LockBox 18
Wilmington, Delaware 19801

By placing same in a sealed envelope and depositing same in the United States mail, at the Delaware Correctional Center, Smyrna, De. 19977, on this 10th day of August, 2007.

Andre R. Thomas

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANDRE R. THOMAS,                    :
                                    :
        Petitioner,                 :
                                    :
v.                                  :   Civil Action No. 06-314-JJF
                                    :
THOMAS CARROLL, Warden, and         :
JOSEPH R. BIDEN, III,               :
Attorney General of the State       :
of Delaware,                        :
                                    :
        Respondents.                :

**O R D E R**

At Wilmington, this __1__ day of August, 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Andre R. Thomas' Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 1.) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability, because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

                    _____
                    UNITED STATES DISTRICT JUDGE

I/M Andre R. Thomas
SBI# 138598 UNIT MHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of The Court
U.S. District Court of Delaware
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801