OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

August 14, 2007

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Re: Thomas v. Carroll
D. Del. No. 06-cv-00314-JJF

Dear Mr. Dalleo:

Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal from the District Court order entered August 6, 2007 which was filed with this office in error. See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. **The notice was placed in the institutional mail on August 10, 2007 and should be docketed as of that date.**

This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. Upon receipt of the document, kindly process it according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court. This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By: /s/ Bradford A. Baldus
Bradford A. Baldus
Senior Legal Advisor to the Clerk

Enclosure
cc: Andre R. Thomas (w/out enclosure)

Andre R. Thomas SBI #138598
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

<u>In The United States Court of Appeals
For The Third Circuit</u>

Andre R. Thomas,
    Petitioner,
v.

Thomas Carroll, Warden, and
Joseph R. Biden, III, Attorney
General of the State of Delaware,
    Respondents.

Case No. _____


RECEIVED
U.S. C.A. 3rd

<u>Notice of Appeal</u>

Please Take Notice that Andre R. Thomas, Below Appellant, does hereby Appeal to the U.S. Court of Appeals For The Third Circuit, from an order of the U.S. District Court For the District of Delaware, by the Honorable Joseph J. Farnan, Jr., dated August 1, 2007, in Case Number C.A. No. 06-314-JJ in that Court. A Copy of the decision sought to be reviewed is Attached hereto

Respectfully Submitted
<u>Andre R. Thomas</u>
Andre R. Thomas Pro Se
SBI# 138598
D.C.C. 1181 Paddock R.
Smyrna, Del. 19977

Date: 8/10/2007

## Certificate of Service

I, Andre R. Thomas, hereby certify that I have served a true and correct copies of the attached; Notice of Appeal, upon the following.

To: Clerk of The Court
U.S. Court of Appeals, 3rd Cir.
   601 Market Street
Philadelphia, Pa.
   19106



To: Clerk of The Court
U.S. District Court of Delaware
   844 N. King Street, LockBox 18
Wilmington, Delaware 19801

By placing same in a sealed envelope and depositing same in the United States mail, at the Delaware Correctional Center, Smyrna, De. 19977, on this 10th day of August, 2007.

Andre R. Thomas