In the United States District Court

For The District of Delaware

Andre R. Thomas.
    Petitioner,

v.

Thomas L. Carroll, Warden, And
Joseph R. Biden, III, Attorney
General of the State of Delaware,
        Respondents,

C.A. No. 06-314 JJF

## Notice of Appeal

Please Take Notice that Andre R. Thomas, Below
Appellant, does hereby Appeal to the U.S. Court
of Appeals For The Third Circuit, From an
order of The U.S. District Court For the
District of Delaware, by The Honorable Joseph J.
Farnan, Jr. dated August 1, 2007 In Case
Number C.A. No. 06-314-JJF In that Court.

Respectfully Submitted,
Andre R. Thomas
Andre R. Thomas Pro Se
SBI# 138598
D. C.C. 1181 Paddock Rd
Smyrna, Del. 19977

8/17/07

FILED
BL
AUG 20 2007
U.S. DISTRICT COURT

<u>Certificate of Service</u>

I <u>Andre R. Thomas</u>, hereby Certify that I have Served a True and Correct Copies of the Attached: <u>Notice of Appeal</u>, upon the following:

To: Clerk of the Court
U.S. District Court of Delaware
    844 N. King Street, Lock Box 18
Wilmington, Delaware 19801


To: Clerk of the Court
U.S. Court of Appeals 3RC CIr.
    601 market Street
Philadelphia, Pa     19106


By Placing Same in a Sealed envelope and depositing same in the united States mail, at the Delaware Correctional Center, Smyrna, Del. 19977, on this ____17th____ day of August, 2007.


                                          Andre R. Thomas



Andre R. Thomas 138548 UNIT MHC 23
BH#
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
U.S. District Court of
844 N. King Street
Wilmington Delaware
19801