OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS

| | FOR THE THIRD CIRCUIT | |
|---|---|---|
| **Marcia M. Waldron** | 21400 United States Courthouse | **Telephone** |
| Clerk | 601 Market Street | 267-299-4930 |
| | Philadelphia, PA 19106-1790 | |

www.ca3.uscourts.gov

August 22, 2007

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801


**RE: Docket No. 07-3427**
  **Thomas vs. Carroll**
  **D. C. No. 06-cv-00314**


Dear Mr. Dalleo:

   Receipt is acknowledged on 8/22/07, of notice of appeal filed with the district court on 8/20/07 in the above-captioned case.


   Since the notice of appeal filed on 8/10/07 is duplicative of the appeal already docketed at No. 07-3427, this notice will not be given a new number but will be placed in the file.

                                Very truly yours,
                                MARCIA M. WALDRON
                                Clerk


                           By:  /s/ Tina Koperna
                                Case Manager


cc: Andre R. Thomas
    Elizabeth R. McFarlan, Esq.