FPS - 532                                                        DATE: August 24, 2007

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **07-3427**

Thomas v. Carroll

To:  Clerk

    1)  Motion by Appellant for leave to appeal <u>in forma pauperis</u>

---

    The foregoing motion to proceed <u>in forma pauperis</u> is granted.

    Should the appellant file any future applications for leave to proceed <u>in forma pauperis</u> in this Court, the application must be accompanied by a statement of his prison account for the prior six months.



For the Court,

/s/Marcia M. Waldron
Clerk
A True Copy:

Marcia M. Waldron, Clerk

Dated: August 27, 2007
tmk/cc:  Mr. Andre R. Thomas
       Elizabeth R. McFarlan, Esq.